UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN RE:

Terry Hibbard,
Leroy Hibbard,

          Debtors.

**OBJECTION TO MOTION
AND REQUEST FOR HEARING**

Case No. **14 - 10051**

---

The debtors, by their attorneys, object to Trustee William J. Rameker's motion to settle dispute, filed 8/13/14 as Document # 52, and request a hearing. The claim against Abby Vans has been properly exempted by the debtors.

Dated this 28th day of August, 2014.

                HERRICK & KASDORF, LLP

                BY: /s/ Robert T. Kasdorf
                ROBERT T. KASDORF
                Attorneys for Debtors
                16 N. Carroll St., Ste. 500
                Madison, WI 53703
                Tel. (608) 257-1369